■ Dominic Nigro et al., Plaintiffs, v City of New York et al., Defendants. Dominic Nigro et al., Respondents, v Pre-

FERRED FREEZER SERVICE, INC., et al., Appellants, et al., Defendant. [702 NYS2d 815] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered May 12, 1999, which denied defendants-appellants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

At this stage of the proceeding, sufficient question has been raised to warrant denial of summary judgment. Concur—Rosenberger, J. P., Williams, Ellerin and Saxe, JJ.